Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GLENDA EUBANKS,

    Plaintiff,

vs.                    CASE NO.: 4:06-CV-549-SPM

PUBLIC EMPLOYEES RELATIONS
COMMISSION,

    Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the "Stipulated Notice of Dismissal with Prejudice" (doc. 9) filed January 31, 2007 and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This action is dismissed with prejudice.

2. Each party shall bear its own attorney's fees and costs.

3. All pending motions are denied as moot.

**DONE AND ORDERED** this <u>first</u> day of February, 2007.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge